No. 9312. In the Matter of the Application of ROSE M. McCLANAHAN, PETITIONER, for a Writ of Habeas Corpus to Recover Custody of a Minor Child, VIVIAN MARIE OBEROSLER.

257 Pac. (2d) 908.

Decided June 12, 1953.

*Messrs. Doyle* and *Francisco,* Conrad, for Appellant.

Per Curiam.

The petition herein for a writ of habeas corpus is hereby denied and the proceeding dismissed.

MR. JUSTICE BOTTOMLY, Acting Chief Justice, and ASSOCIATE JUSTICES FREEBOURN and ANDERSON concur.

MR. JUSTICE ANGSTMAN: I think the writ applied for should be issued.